1
2
3
4

Honorable Robert J. Bryan, United States District Judge

5   BREEAN L. BEGGS, WSBA # 20795
6   PAUKERT & TROPPMANN, PLLC
    522 W. Riverside Ave., Ste. 560
7   Spokane, WA  99201
    (509) 232-7760

8

9   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON

10  PHILLIP MOODY, a single man              NO. 3:20-cv-05201-RJB-MAT

11                        Plaintiff,         SECOND AMENDED COMPLAINT
12                                           FOR DAMAGES

13              vs.

14  THE WASHINGTON DEPARTMENT
    OF CORRECTIONS, a subsidiary of
15  the State of Washington, and the
    STATE OF WASHINGTON, and,
16  DEPARMENT OF CORRECTIONS
    EMPLOYEES JOHN/JANE DOES 1-5
17
                         Defendants.

18

19       COMES NOW Plaintiff Phillip Moody, by and through his attorneys of

20  record, and makes the following Amended Complaint pursuant to judicial order the

21  filing of a clean copy of his proposed amended complaint and the judicial order

22  dismissing federal claims and relief:

SECOND AMENDED COMPLAINT - PAGE 1

**PAUKERT & TROPPMANN, PLLC**
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
(509) 232-7760

## 1.  PARTIES

1.1  Plaintiff Phillip Moody is a single man who resided within Pierce County Washington at relevant times related to this matter.

1.2  The Department of Corrections ("DOC") is a subdivision within the State of Washington and any liability of the Department is attributable to the State of Washington.

1.3  Upon belief, at all relevant times described in this complaint Defendant Does 1-5 were acting as employees and agents for the State of Washington Department of Corrections within the scope of their duties and under color of law and are named in their individual and representative capacities.

## 2.   JURISDICTION & VENUE

2.1  All acts complained of occurred in the Western District of Washington.

2.2  Jurisdiction is proper in the United States District Court as filed pursuant to Title 42, United States Code § 1988; Title 28 USC § 1331; and 28 USC §1343(a)(3).

2.3  Venue is proper in the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1391(b) because Plaintiff's claims for relief arose in this District and one or more of the Defendants reside in this District.

2.4  This complaint seeks relief for state law claims against all Defendants except Judy McCullough.

SECOND AMENDED COMPLAINT - PAGE 2

2.5   Plaintiffs presented a non-judicial notice of claim to Defendants on January 9, 2020.

2.6   Over 60 days have passed since the presentation of the non-judicial notice of claim.

2.7   Defendant DOC and the State of Washington have given consent to resolving state law claims in this Court, and waive claims of sovereign Immunity for those claims.

### 3.  PRE-DISCOVERY FACTUAL ALLEGATIONS

3.1   On December 15, 2016 Plaintiff Phillip was in the custody of DOC at its Rap House/Lincoln Park in Tacoma, Washington, serving a Drug Offender Alternative Sentence ("DOSA") sentence. That evening, he suffered a serious ankle injury on the way to a required community re-entry meeting and as a result could not travel on the stairs to the room where the meeting was held. Video cameras demonstrated that Plaintiff Phillip stayed at the entrance of the building where the meeting was held for the entire two-hour duration of the meeting until medical assistance arrived and transported him to a medical center.

3.2   Subsequent to Plaintiff's injury, CCO Judy McCullough accused Plaintiff of violating DOC rules of unauthorized time in the community and failing to complete or being terminated from his treatment program.

PAUKERT & TROPPMANN, PLLC
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
(509) 232-7760

3.3   CCO Judy McCullough then sought to terminate Mr. Moody's DOSA sentence based on failing to complete or being terminated from his treatment program due to failing a drug test.

3.4   Mr. Moody never failed a drug test and CCO McCullough knew this fact, or was deliberately indifferent to the falsity of the allegation that he failed the drug test.

3.5   On January 18, 2018, CCO McCullough prosecuted Mr. Moody for being administratively terminated from his substance abuse program for failing a drug test with the intent of having his DOSA sentence terminated and serving an extended prison sentence.

3.6   Upon belief, on January 18, 2018, a Department of Corrections hearing officer relied on CCO McCullough's false assertions and maliciously motivated prosecution to terminate Mr. Moody's DOSA, which resulted in his losing the option of community-based substance abuse treatment and release and instead remaining in prison for the balance of his sentence.

3.7   As a result of the illegal revocation of his DOSA sentence, and but for the malicious and false prosecution, Mr. Moody served more than two additional years in prison than he should have.

3.8   As a proximate cause of being returned to prison for two additional years, Mr. Moody suffered physical assault and extended time in solitary confinement.

PAUKERT & TROPPMANN, PLLC
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
(509) 232-7760

3.9     As a proximate cause of being returned to prison for two additional years, Mr. Moody suffered physical and emotional distress and pain and loss of enjoyment of life in an amount to be proven at trial.

3.10    As a proximate cause of being returned to prison for two additional years, Mr. Moody suffered lost income in an amount to be proven at trial.

3.11    On January 23, 2019, Hearing Officer Erika Fields reversed the January 18, 2017 termination of Mr. Moody's DOSA because of the falsity of the allegation of him failing a drug test, which resulted in his release from prison.

3.12    Having terminated the prosecution against him on January 23, 2019, less than one year ago, Mr. Moody filed in court the following liability claims against the State of Washington, its Department of Corrections and Defendant Does 1-5.

## 4. LIABILITY

### <u>STATE LAW CAUSES OF ACTION AGAINST ALL DEFENDANTS EXPECT JUDY MCCULLOUGH</u>

**Unlawful Imprisonment**

4.1     The conduct of Defendants DOC, State of Washington, and Does 1-5 resulted in the intentional confinement of Plaintiff for an estimated additional two years, which was unjustified under the circumstances and unlawful.

SECOND AMENDED COMPLAINT - PAGE 5

**PAUKERT & TROPPMANN, PLLC**
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
(509) 232-7760

1

2

3

4.2    As a direct and proximate result of the conduct of Defendants DOC, State of Washington, and Does 1-5, Plaintiff sustained injuries and damages, discussed more fully herein.

**Malicious Prosecution**

4

5

6

7

8

4.3    Defendants DOC, State of Washington, and Does 1-5 initiated and/or continued the prosecution of Plaintiff when they sought to terminate his DOSA and impose additional incarceration, without probable cause and based on malice.

9

10

4.4    Plaintiff's malicious prosecution was terminated on the merits in his favor on January 23, 2019.

11

12

13

14

4.5    As a direct and proximate result of the conduct of Defendants DOC, State of Washington, and Does 1-5, Plaintiff sustained injuries and damages, discussed more fully herein.

15

16

4.6    The conduct of Defendants DOC, State of Washington, and Does 1-5 constitutes malicious prosecution under the laws of Washington State.

**Infliction of Emotional Distress**

17

18

19

20

21

22

4.7    Defendants DOC, State of Washington, and Does 1-5 engaged in conduct that constitutes negligent infliction of emotional distress or, alternatively, intentional infliction of emotional distress (outrage).

**PAUKERT & TROPPMANN, PLLC**
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
(509) 232-7760

4.8   As a direct and proximate result of the conduct of Defendants DOC, State of Washington, and Does 1-5, Plaintiff sustained injuries and damages, discussed more fully hereinafter.

**Negligence/Tortious Conduct**

4.9   At all times material hereto, Plaintiff was owed several duties of care by the Defendants DOC, State of Washington, and Does 1-5, including, but not by way of limitation, one or more of the following:

a.   The duty to be free from a negligent, unwarranted and/ or unlawful violation of his right of personal liberty;

b.   The duty to have legal cause to effectuate a transfer, termination of his treatment program, termination of his DOSA community supervision program and detention of an individual;

c.   The duty to be free from restraint and detention without legal authority;

d.   The duty to be free from unwarranted/ unlawful imprisonment; and/or,

e.   The duty of State officers, agents and employees to act and exercise the degree of care as others would act and exercise in the same or similar circumstances.

4.10  The conduct of Defendants DOC, State of Washington, and Does 1-5 constitutes recklessness, gross negligence and/or negligence under the laws of the State of Washington.

SECOND AMENDED COMPLAINT - PAGE 7

PAUKERT & TROPPMANN, PLLC
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
(509) 232-7760

4.11   As a direct and proximate result of the tortious conduct of Defendants DOC, State of Washington, and Does 1-5 (under both state law and 42 USC Sec. 1983), Plaintiff sustained injuries and damages, discussed more fully herein.

## 5.  DAMAGES

5.1   As a direct and proximate result of the facts as alleged herein, Plaintiff has suffered, and will in the future continue to suffer, the loss of enjoyment of life, pain, mental anguish, mental injury and suffering and other injuries.

5.2    As a further direct and proximate result of the occurrence alleged herein, Plaintiff has sustained lost income in an amount to be proven at the time of trial.

## 6.  PRAYER FOR RELIEF

6.1   Compensatory damages in an amount to be proven at trial;

6.3    Such other and further relief as the court deems just and equitable.

DATED this 30th day of April, 2021

PAUKERT & TROPPMANN, PLLC


By:   */s/ Breean L. Beggs*
      BREEAN L. BEGGS, WSBA # 20795
      ANDREW BIVIANO, WSBA #38086
      522 W Riverside Ave., Suite 560
      Spokane, WA 99201
      PH: 509-232-7760
      FAX: 509-232-7762

      Attorneys for Plaintiff

SECOND AMENDED COMPLAINT - PAGE 8

PAUKERT & TROPPMANN, PLLC
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
(509) 232-7760

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on the 30th day of April, 2021, I electronically filed the

3

foregoing with the Clerk of the Court using CM/ECF System, which will send

4

notification of such filing to the following:

5

6   Garth A. Ahearn, WSBA 29840
    William C. Schwarz, WSBA 47122

7

8

9

10

11

☐  Hand Delivery
☐  U.S. Mail
☐    By Legal Messenger
☐  Fax
☑  Email:
garth.ahearn@atg.wa.gov
William.Schwarz@atg.wa.gov
dann.graf@atg.wa.gov
jaymie.burton@atg.wa.gov
Katherine.Kerr@atg.wa.gov
tortaecf@atg.wa.gov

12

13   I declare under penalty of perjury under the laws of the United States of

14   America that the foregoing is true and correct.

15

16

17   By */s/ Breean L. Beggs*
     BREEAN L. BEGGS, WSBA #20795

18

19

20

21

22

SECOND AMENDED COMPLAINT - PAGE 9

**PAUKERT & TROPPMANN, PLLC**
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
(509) 232-7760